IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

ACE AMERICAN INSURANCE COMPANY,

    Plaintiff,

v.

DR. SABIN EWING and FIRST &
FARMERS NATIONAL BANK, INC.,

    Defendants.

Case No. 3:14-cv-00036
Judge Sharp
Magistrate Judge Griffin

### ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court that the parties have stipulated to a dismissal with prejudice, it is therefore ORDERED that this action is hereby dismissed, with prejudice.

*Kevin H. Sharp*
_____
Kevin H. Sharp, United States District Judge

LEGAL\18852293\1

Submitted for Entry:

MANIER & HEROD

_____
Fred C. Statum III #14495
*Attorneys for Ace American Insurance*
2200 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219
Telephone: (615) 244-0030
Facsimile: (615) 242-4203
fstatum@manierherod.com

COZEN O'CONNOR

_____
David Y. Loh (NY Bar #DL0460)
*Attorneys for Ace American Insurance Company*
45 Broadway
New York, NY 10006
dloh@cozen.com

GILBERT RUSSELL McWHERTER PLC

_____
J. BRANDON McWHERTER #21600
CLINTON H. SCOTT #23008
*Attorneys for Dr. Sabin Ewing*
101 North Highland
Jackson, Tennessee 38301
Telephone: (731) 664-1340
Facsimile: (731) 664-1540
bmcwherter@gilbertfirm.com
cscott@gilbertfirm.com

WYATT TARRANT & COMBS LLP

_____
J. GRAHAM MATHERNE #11294
*Attorneys for First & Farmers National Bank*
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203
Telephone: (615) 251-6708
Facsimile: (615) 256-1726
gmatherne@wyattfirm.com

2

LEGAL\18852293\1

Case 3:14-cv-00036   Document 23   Filed 04/30/14   Page 2 of 2 PageID #: 118